cnfhrg (05/09)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Alex Erby<br>aka Alex Erby Jr<br>Joelene Christine Erby<br>fka Joelene C Beasley | Chapter 13<br><br>Case No. 1:10−bk−09551−MDF |
| Debtor(s) | |

# NOTICE

The hearing on confirmation of the chapter 13 plan of reorganization of Debtor, Alex Erby and Joint Debtor, Joelene Christine Erby , is scheduled for the date indicated below.

**February 18, 2011** is the deadline for filing objections to confirmation of the plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date.

| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd<br>Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: March 23, 2011<br><br>Time: 09:30 AM |
|---|---|

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 19, 2011 |

# CERTIFICATE OF NOTICE

```
District/off: 0314-1          User: CAnthony            Page 1 of 2             Date Rcvd: Jan 19, 2011
Case: 10-09551                Form ID: cnfhrg           Total Noticed: 43
```

The following entities were noticed by first class mail on Jan 21, 2011.
```
db/jdb      +Alex Erby,   Joelene Christine Erby,   2400 Rudy Road,   Harrisburg, PA 17104-2038
cr          +HSBC Bank Nevada, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd., Suite #200,
             Tucson, AZ 85712-1083
3734042     +ACCT RECOV,   555 VAN REED RD,   WYOMISSING, PA 19610-1756
3734043    ++AMERICREDIT,   PO BOX 183853,   ARLINGTON TX 76096-3853
             (address filed with court: AMERICREDIT,   BANKRUPTCY DEPT,   4001 EMBARCADARO,
             ARLINGTON, TX 76014)
3737643    ++AMERICREDIT,   PO BOX 183853,   ARLINGTON TX 76096-3853
             (address filed with court: AmeriCredit Financial Services, Inc.,   PO Box 183853,
             Arlington, TX 76096)
3734044     +AT&T CINGULAR WIRELESS,   ATTN CREDITORS BANKRUPTCY SERVICE,   PO BOX 740933,
             DALLAS, TX 75374-0933
3764948      American Infosource Lp As Agent for Wfnnb,   As Assignee of,   Onestopplus.Com,   PO Box 248872,
             Oklahoma City, OK  73124-8872
3734045    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: CAPITAL ONE (BANKRUPTCY NOTIFICATION),   PO BOX 5155,
             NORCROSS, GA 30091)
3734046      CAPITAL TAX COLLECTION BUR,   HARRISBURG DIVISION,   2301 N THIRD STREET,
             HARRISBURG, PA 17110-1893
3734048     +CHASE,   ACCOUNT INQUIRIES,   PO BOX 15298,   WILMINGTON, DE 19850-5298
3734049     +CITIMORTGAGE INC,   1000 TECHNOLOGY DR,   O'FALLON, MO 63368-2240
3734050      COMM OF PA DEPT L&I,   READING B&C UNIT UTCS,   625 CHERRY ST ROOM 203,   READING, PA 19602-1152
3734051      COMM OF PA DEPT OF REVENUE,   BUREAU OF COMPLIANCE,   PO BOX 280946,   HARRISBURG, PA 17121-0946
3760275      Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
3747682      CitiMortgage, Inc.,   P O Box 689196,   Des Moines, IA 50368-9196
3734052     +ER SOLUTIONS INC,   800 SW 39 ST,   PO BOX 9004,   RENTON, WA 98057-9004
3734056     +HSBC BANK,   ACCT INFORMATION,   PO BOX 81622,   SALINAS, CA 93912-1622
3756181     +HSBC Bank Nevada, N.A.,   by PRA Receivables Management, LLC,   PO Box 12907,
             Norfolk VA 23541-0907
3746943     +HSBC Bank Nevada, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd, Suite 200,
             Tucson, AZ 85712-1083
3734057     +HSBC/BOSCOV,   PO BOX 4274,   READING, PA 19606-0674
3734058     +HSBC/BSTBY,   PO BOX 6985,   BRIDGEWATER, NJ 08807-0985
3734059     +HUD/FHA,   PO BOX 8079,   PHILADELPHIA, PA 19101-8079
3734060    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
             PHILADELPHIA PA 19101-7346
             (address filed with court: INTERNAL REVENUE SERVICE,   PO BOX 21126,
             PHILADELPHIA, PA 19114-0326)
3734062     +MARINER FINANCE, LLC,   2528 EASTERN BLVD,   YORK, PA 17402-2902
3734063     +MEMBERS 1ST FCU,   5000 LOUISE DR,   PO BOX 40,   MECHANICSBURG, PA 17055-0040
3744652     +Mariner Finance LLC,   3301 Boston Street,   Baltimore, MD 21224-4976
3734064     +NORTHWEST CONSUMER DISCOUNT,   PO BOX 985,   CAMP HILL, PA 17001-0985
3734065     +PENNLANCO FCU,   651 DELP ROAD,   LANCASTER, PA 17601-3034
3734066     +SEARS/CBSD,   8725 W SAHARA AVE,   THE LAKES, NV 89163-0001
3734067     +SUSQUEHANNA VALLEY PROPERTIES,   1850 SCHOOLHOUSE ROAD,   MIDDLETOWN, PA 17057-4051
3734068     +TARGET N.B.,   PO BOX 673,   MINNEAPOLIS, MN 55440-0673
3756272     +TARGET NATIONAL BANK,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
3734069     +THD/CBSD/BANKRUPTCY,   PO BOX 20483,   KANSAS, MO 64195-0483
3734072     +WELLS FARGO HOME MORTGAGE,   ATTN: BANKRUPTCY MAIL,   MAC# X7801-014,   3476 STATEVIEW BLVD,
             FORT MILL, SC 29715-7203
3734073     +WFNNB/ONESTOP,   PO BOX 659728,   SAN ANTONIO, TX 78265-9728
3758206     +West Shore Tax Bureau,   3607 Rosemont Ave,   Camp Hill, PA 17011-6943
```

The following entities were noticed by electronic transmission on Jan 19, 2011.
```
3734047     +E-mail/Text: dehartstaff@ramapo.com                           CHARLES J DEHART, III, ESQ.,
             8125 ADAMS DRIVE STE A,   HUMMELSTOWN PA 17036-8625
3734053     +E-mail/PDF: gecsedi@recoverycorp.com Jan 19 2011 23:43:31     GEMB/LOWES,   PO BOX 981400,
             EL PASO, TX 79998-1400
3734054     +E-mail/PDF: gecsedi@recoverycorp.com Jan 19 2011 23:43:28     GEMB/OLD NAVY,   PO BOX 981400,
             EL PASO, TX 79998-1400
3734055     +E-mail/PDF: gecsedi@recoverycorp.com Jan 19 2011 23:43:28     GEMB/WALMART,   PO BOX 981400,
             EL PASO, TX 79998-1400
3734061      E-mail/Text: camanagement@mandtbank.com                       M&T BANK,   1100 WEHRLE DRIVE,
             BUFFALO, NY 14221
3734070      E-mail/PDF: BankruptcyVerizonEast@afninet.com Jan 19 2011 19:21:15
             VERIZON BANKRUPTCY ADMIN.-EAST,   PO BOX 3037,   BLOOMINGTON, IL 61702-3037
3734071      E-mail/PDF: bankruptcyverizonwireless@afninet.com Jan 19 2011 19:21:15    VERIZON WIRELESS,
             BANKRUPTCY ADMINISTRATION,   PO BOX 3397,   BLOOMINGTON IL 61702-3397
                                                                                               TOTAL: 7
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           AmeriCredit Financial Services, Inc.
3761664*    +HSBC Bank Nevada, N.A.,   by PRA Receivables Management, LLC,   PO Box 12907,
             Norfolk VA 23541-0907
                                                                               TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 21, 2011**　　　　　　　　　　**Signature:**　　　*/s/ Joseph Speetjens*